DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

In the Interest of T.R. a, child.

R.M.R.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2025-1413
_____

October 10, 2025

Appeal from the Circuit Court for Hillsborough County; Daryl Manning, Judge.

Thomas J. Butler of Thomas Butler, P.A., Miami Beach, for Appellant.

Mary Soorus of Children's Legal Services, Tampa, for Appellee, Department of Children and Families.

Christopher V. Carlyle of The Carlyle Appellate Law Firm, Orlando; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Sarah Todd Weitz, Senior Attorney, Tallahassee, for Appellee Statewide Guardian ad Litem Office.


PER CURIAM.

Affirmed.

MORRIS, BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.